THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LORENZA L. HODGES | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00957-SDJ-BD |
| | § | |
| FITNESS INTERNATIONAL, LLC, ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #30), that Defendants' original Motion to Dismiss, (Dkt. #19), be dismissed as moot and that their subsequent Motions to Dismiss (Dkts. #21, 22), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the original Motion to Dismiss, (Dkt. #19), is **DISMISSED** as moot, the subsequent Motions to Dismiss, (Dkts. #21, 22), are **GRANTED**, Hodges's OSH Act claims are **DISMISSED WITH PREJUDICE**, and Hodges's Title VII claims are **DISMISSED WITHOUT PREJUDICE**. Within fourteen days, Hodges may file an amended complaint correcting the deficiencies

identified in the Report. If Hodges does not file an amended complaint by that deadline, the case will be dismissed with prejudice.

**So ORDERED and SIGNED this 17th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE